Brian J. Zimmet *
Bruce W. Bieber +

Olga Batsedis

Of Counsel
Douglas H. Taub

**ZIMMET BIEBER** LLP
ATTORNEYS AT LAW
622 Third Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 922-1330
Facsimile: (212) 201-2275

Offices

Tarrytown, New York
(914) 703-6490

Morganville, New Jersey
(732) 970-1182

* Also Admitted in NJ
+ Also Admitted in CT

April 5, 2007

VIA FACSIMILE AND ECS

Honorable Robert M. Levy
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Priority Records, LLC, et al. v. Deborah Toro
             Docket No.: 07 CV 626 (DGT)

Dear Honorable Levy:

    This firm represents the Defendant, Ms. Deborah Toro, in connection with the above referenced matter.

    A conference is currently scheduled for Thursday, April 19, 2007 at 4:30 p.m. regarding this matter. However, I will be out of the country on that date. As such, I respectfully request a 30 day adjournment. Plaintiffs' attorney, Mr. Richard Guida, has consented to my request for an adjournment. This is the first request for an adjournment from either party to the case.

    In the interim, Mr. Guida and I are currently discussing a possible settlement.

    Please advise me accordingly.

                                    Respectfully submitted,

                                    ZIMMET BIEBER LLP

                                    Brian J. Zimmet

cc: Richard Guida, Esq.